IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2015 NOV 13 P 4: 07

CLERK US DISTRICT COURT
ALEXANDRIA VIRGINIA

| | |
|---|---|
| NICOLE P. ERAMO | )<br>)<br>) |
| Plaintiff | ) Case No. 1:15mc-35<br>) GBL/TDP |
| v. | )<br>) **Underlying litigation:** |
| ROLLING STONE LLC,<br>SABRINA RUBIN ERDERLY, and<br>WENNER MEDIA LLC, | ) *Eramo v. Rolling Stone, LLC, et al.*,<br>) Case No. 3:15-cv-00023-GEC, in the<br>) United States District Court for the<br>) Western District of Virginia |
| Defendants. | ) |

## NICOLE ERAMO'S MOTION TO COMPEL NONPARTY RESPONDENT "JACKIE" TO COMPLY WITH RULE 45 SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45(d)(2)(B), Movant Nicole Eramo, Plaintiff in the case of *Eramo v. Rolling Stone LLC, et al.*, No. 3:15-cv-00023-GEC, currently pending in the United States District Court for the Western District of Virginia, hereby files this Motion to Compel Nonparty Respondent "Jackie" to Comply with Rule 45 Subpoena. In support of this Motion, Movant Eramo relies on the arguments and authorities set forth in her November 13, 2015 Memorandum of Law in Support of her Motion to Compel Nonparty Respondent "Jackie" to Comply with Rule 45 Subpoena, which is being filed concurrently herewith.

In accordance with Federal Rule of Civil Procedure 45(d)(2)(B)(i) and Local Rules 7(E) and 37(E), the undersigned counsel certifies that counsel for Nicole Eramo conferred by letter and by telephone with Palma Pustilnik of the Virginia Legal Aid Society and several attorneys at the law firm Stein Mitchell Cipollone Beato & Missner LLP, counsel to Respondent "Jackie," prior to the filing of this Motion, and that counsel for the Movant made a good faith effort to resolve the discovery matters at issue.

WHEREFORE, Movant Nicole Eramo respectfully requests that the Court grant her Motion to Compel Nonparty Respondent "Jackie" to Comply with Rule 45 Subpoena.

Dated: November 13, 2015

Respectfully submitted,

By: /s/ Thomas A. Clare
Thomas A. Clare (VA Bar No. 39299)
Elizabeth M. Locke (VA Bar No. 71784)
CLARE LOCKE LLP
902 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
tom@clarelocke.com
libby@clarelocke.com

*ATTORNEYS FOR NICOLE ERAMO*

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Motion to Compel Nonparty Respondent "Jackie" to Comply with Rule 45 Subpoena was served on the below counsel on November 13, 2015, via email and Federal Express overnight delivery.

Palma Pustilnik
Staff Attorney
Central Virginia Legal Aid Society
1000 Preston Avenue, Suite B
Charlottesville, VA 22903
Telephone: (434) 327-1443
Fax: (434) 296-5731
Email: palma@cvlas.org

Pat A. Cipollone
Stein Mitchell Cipollone Beato & Missner LLP
1100 Connecticut Avenue N.W., Suite 1100
Washington, D.C. 20036
Telephone: (202) 661-0950
Fax: (202) 296-8312
Email: pcipollone@steinmitchell.com

*Attorneys for Nonparty Respondent Jackie*

Michael John Finney
William David Paxton
Gentry Locke Rakes & Moore
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9373
Telephone: (540) 983-9334
Fax: (540) 983-9400
Email: finney@gentrylocke.com
Email: paxton@gentrylocke.com

Elizabeth A. McNamara
Samuel M. Bayard
Davis Wright Tremaine LLP
1251 Avenue of the Americas
21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Fax: (212) 489-8340

Email: lizmcnamara@dwt.com
Email: samuelbayard@dwt.com

Alison B. Schary (admitted pro hac vice)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4248 Fax: (202) 973-4448
E-mail: alisonschary@dwt.com

*Attorneys for Defendants Rolling Stone LLC,
Sabrina Rubin Erdely, and Wenner Media LLC*

Dated: November 13, 2015         By: /s/ Thomas A. Clare
                                     Thomas A. Clare

4