IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

NICOLE P. ERAMO, )
)
)
Plaintiff, )
)
v. ) Civil Action No. 1:15-mc-00035 (GBL/IDD)
)
ROLLING STONE, LLC, *et al.*, )
)
Defendants. )
)

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Non-Party Respondent's Motion to Transfer Plaintiff's Motion to Compel Production [Dkt. No. 6] is **GRANTED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 4th day of December 2015.

Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge