# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| NICOLE P. ERAMO <br> *Plaintiff* <br> v. <br> ROLLING STONE LLC, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 3:15-mc-00011 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third Party Respondent "Jackie" .

Date: 01/05/2016

*Attorney's signature*

Steven D. Rosenfield, 16539
*Printed name and bar number*

913 E. Jefferson Street
Charlottesville, VA 22902

*Address*

attyrosen@aol.com
*E-mail address*

(434) 984-0300
*Telephone number*

(434) 220-4852
*FAX number*