# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**NICOLE ERAMO**

vs.

**ROLLING STONE LLC et al**

Action No: 315CV23/315MC11
Date: 01/12/2016
Judge: Hon Glen Conrad
Court Reporter: Carol Jacobs
Deputy Clerk: Susan Moody

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Thomas Clare, Esq. - Eramo | Phillip O'Beirne, Esq – "Jackie" |
| Melissa Riley, Esq - UVA | Elizabeth McNamara, Esq. – Rolling Stone |

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| None | None |

PROCEEDINGS:
Parties present for oral argument on Eramo's Motion to Compe as to "Jackie" l in 315mc11 -#26 and for discussion as to Release of Records under FERPA for stundent non parties

Oral Argument – Order to issue in near future but brief guidelines provided

Time in Court: 315MC11 – 1 hr 10 mins  315CV23  - 15 mins. At conclusion of first hearing